IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| | : |
| | : Docket No. 7:24-MJ-00056-CKM-1 |
| v. | : |
| | : |
| CHRISTOPHER BUONO | : |
| | : |

# NOTICE OF APPEARANCE

    Dustin J. Franklin, Esq., Assistant Federal Public Defender, hereby notes his appearance as counsel for the above-referenced defendant on behalf of the Office of the Federal Public Defender.

    Respectfully submitted,

    By: s/ Dustin J. Franklin

    Dustin J. Franklin, Esquire
    Tennessee State Bar No. 032583
    Federal Public Defender's Office
    210 First Street SW, Room 400
    Roanoke, Virginia  24011
    Ph. (540) 777-0880
    Fax (540) 777-0890

    *Counsel for defendant Christopher Buono*

## CERTIFICATE OF SERVICE

      I hereby certify that on the 23rd day of April, 2024, I served the foregoing notice of appearance on Duty Assistant, United States Attorney's Office, P.O. Box 1709, Roanoke, Virginia 24008-1709 by electronic filing and on the same date, I caused the original thereof to be filed electronically with Laura Austin, Clerk, United States District Court, 210 Franklin Road, SW., Roanoke, Virginia 24011.

s/ Dustin J. Franklin